# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**WALLACE LOUIS TEMPLE, JR.,**

    **Plaintiff,**

vs.                                             **Case No. 4:17cv183-MW/CAS**

**OWEN TITLE CO., INC., et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case pro se by submitting a complaint, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. Because Plaintiff's motion was not signed, no action was taken and Plaintiff was required to file an amended in forma pauperis motion on or before **May 22, 2017**. ECF No. 4. Additionally, Plaintiff was required to file an amended complaint because his original complaint did not clearly present the basis for his claims. *Id.* Plaintiff was advised that no further action would be taken on this case until he complied with that Order. *Id.* Moreover, Plaintiff was advised that this case may be dismissed if he did not comply with that Order as directed. *Id.*

As of this date, Plaintiff has not complied; he has neither filed the amended complaint nor the amended in forma pauperis motion. Thus, it appears that Plaintiff has abandoned this litigation. In light of Plaintiff's failure to prosecute and comply with a court Order, this case should now be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a court Order and for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on June 1, 2017.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**
**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv183-MW/CAS