# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WALLACE LOUIS TEMPLE, JR.,**

    **Plaintiff,**

v.                                **Case No. 4:17cv183-MW/CAS**

**OWEN TITLE CO., INC., et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with a Court order and failure to prosecute." All pending motions are denied as moot. The Clerk shall close the file.

**SO ORDERED on June 30, 2017.**

                                            s/Mark E. Walker        
                                            **United States District Judge**